Patterson, P.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BETTY BERNHART, FAUSTO BRITO, and
CHARLES ROBERTS, individually and on behalf
of all persons similarly situated,

                Plaintiffs,

      -against-

ASTA FUNDING, INC., ASTA JOHN/JANE
DOES 1-20, PALISADES COLLECTION, LLC,
GARY STERN, PALISADES COLLECTION
JOHN/JANE DOES 1-20, PRESSLER &
PRESSLER, LLP, RICHARD A. FRANKLIN,
RALPH GULKO, MITCHELL E. ZIPKIN, and
PRESSLER JOHN/JANE DOES 1-20,

                Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/24/13

13 CV 2935 (RPP)(JLC)

**STIPULATION**

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys for the plaintiffs and the attorneys for defendants Asta Funding, Inc., Palisades Collection, LLC, and Gary Stern (the "Asta Defendants") that the Asta Defendants' time to answer, move against, or otherwise respond to the complaint is extended to and through June 27, 2013.

      This Stipulation may be executed in counterparts, or by counterpart signature pages, which when taken together shall be one Stipulation.

Dated: New York, New York
       May 23, 2013

-2-

| | |
|---|---|
| NEW YORK LEGAL ASSISTANCE GROUP | TROUTMAN SANDERS LLP |
| By: *[signature]* <br> Danielle F. Tarantolo <br> *Attorneys for Plaintiffs* <br> 7 Hanover Square, 18th Floor <br> New York, New York 10004 <br> (212) 613-5000 x.5151 <br> dtarantolo@nylag.org <br><br> Diane E. Lifton <br> HUGHES HUBBARD & REED LLP <br> *Attorneys for Plaintiffs* <br> One Battery Park Plaza <br> New York, New York 10004 <br> (212) 837-6000 | By: *[signature]* <br> Karen F. Lederer, Esq. <br> *Attorneys for Defendants* <br> *Asta Funding, Inc., Palisades Collection, LLC & Gary Stern* <br> 405 Lexington Avenue <br> New York, New York 10174 <br> (212) 704-6000 <br> karen.lederer@troutmansanders.com |

SO ORDERED:

*[signature]*

Honorable Robert P. Patterson, U.S.D.J.

5/24/13