

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BETTY BERNHART, FAUSTO BRITO, and
CHARLES ROBERTS, individually and on behalf
of all persons similarly situated,

                Plaintiffs,

    -against-

ASTA FUNDING, INC., ASTA JOHN/JANE
DOES 1-20, PALISADES COLLECTION, LLC,
GARY STERN, PALISADES COLLECTION
JOHN/JANE DOES 1-20, PRESSLER &
PRESSLER, LLP, RICHARD A. FRANKLIN,
RALPH GULKO, MITCHELL E. ZIPKIN, and
PRESSLER JOHN/JANE DOES 1-20,

                Defendants.
-----------------------------------------------------------X

13 CV 2935 (RPP)(JLC)

**STIPULATION**

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys for the plaintiffs and the attorneys for defendants Pressler & Pressler, LLP, Richard A. Franklin, Ralph Gulko and Mitchell E. Zipkin (the "Pressler Defendants") that the Pressler Defendants' time to answer, move against, or otherwise respond to the complaint is extended to and through June 27, 2013.

    This Stipulation may be executed in counterparts, or by counterpart signature pages, which when taken together shall be one Stipulation.

Dated: New York, New York
       May 28, 2013

NEW YORK LEGAL ASSISTANCE GROUP

By: _____
Danielle F. Tarantolo
*Attorneys for Plaintiffs*
7 Hanover Square, 18th Floor
New York, New York 10004
(212) 613-5000 x.5151
dtarantolo@nylag.org

Diane E. Lifton
HUGHES HUBBARD & REED LLP
*Attorneys for Plaintiffs*
One Battery Park Plaza
New York, New York 10004
(212) 837-6000

PRESSLER & PRESSLER, LLP

By: _____
Mitchell L. Williamson, Esq.
*Attorneys for Defendants Pressler*
*& Pressler, LLP, Richard A. Franklin,*
*Ralph Gulko & Mitchell E. Zipkin*
7 Entin Road
Parsippany, New Jersey 07054-9944
(973) 753-5100

SO ORDERED:

_____
Honorable Robert P. Patterson, U.S.D.J.
5/29/13

-2-