```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK (Foley Square)
================================================= :
                                                  :
BETTY BERNHART. FAUSTO BRITO, and                 :
CHARLES ROBERTS, and JORGE VIRUET,                :
individually and on behalf of all persons,        :   1:13-cv-02935 (RPP)(JLC)
similarly situated                                :
        Plaintiff                                 :
                                                  :
                vs.                               :
                                                  :
ASTA FUNDING, INC.,ASTA JOHN/JANE                 :
DOES 1-20, PALISADES COLLECTION, LLC,             :   STIPULATION
GARY STERN, PALISADES COLLECTION.                 :
JOHN/JANE DOES 1 -20, PRESSLER &                  :
PRESSLER, LLP, RICHARD A. FRANKLIN,               :
RALPH GULKO, MITCHELL E. ZIPKIN, and              :
PRESSLER JOHN/JANE DOES 1-20,                     :
                                                  :
        Defendants                                :
                                                  :
================================================= :

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys for the plaintiffs and the attorneys for defendants Pressler & Pressler, LLP, Richard A. Franklin, Ralph Gulko and Mitchell E. Zipkin (the "Pressler Defendants") that the Pressler Defendants' time to answer, move against, or otherwise respond to the complaint is extended to and through July 31, 2013.

This Stipulation may be executed in counterparts, or by counterpart signature pages, which when taken together shall be one Stipulation.


Dated:      July 2, 2013
            New York, New York

| | |
|---|---|
| HUGHES HUBBARD & REED LLP | PRESSLER & PRESSLER, LLP |
| By: *[signature]* | By: *[signature]* |
| Shannon Green, Esq. | Mitchell L. Williamson, Esq. |
| HUGHES HUBBARD & REED LLP | *Attorneys for Defendants Pressler* |
| *Attorneys for Plaintiffs* | *& Pressler, LLP, Richard A. Franklin,* |
| One Battery Park Plaza | *Ralph Gulko & Mitchell E. Zipkin* |
| New York, New York 10004 | 7 Entin Road |
| (212) 837-6000 | Parsippany, New Jersey 07054-9944 |
| SGreen@hugheshubbard.com | (973) 753-5134 |
| | mwilliamson@pressler-pressler.com |
| | |
| Danielle F. Tarantolo | Glenn M. Fjermedal, Esq. |
| NEW YORK LEGAL ASSISTANCE GROUP | DAVIDSON FINK, LLP |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants Pressler* |
| 7 Hanover Square, 18th Floor | *& Pressler, LLP, Richard A. Franklin,* |
| New York, New York 10004 | *Ralph Gulko & Mitchell E. Zipkin* |
| (212) 613-5000 x.5151 | 28 East Main Street, Suite 1700 |
| dtarantolo@nylag.org | Rochester, NY 14614 |
| | (585) 546-6448 |
| | gfjermedal@davidsonfink.com |

SO ORDERED:

*[signature]* 7/5/13

Honorable Robert P. Patterson, U.S.D.J.