UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BETTY BERNHART, FAUSTO BRITO, CHARLES ROBERTS, and JORGE VIRUET, individually and on behalf of all persons similarly situated,<br><br>       Plaintiffs,<br><br>  -against-<br><br>ASTA FUNDING, INC., ASTA JOHN/JANE DOES 1-20, PALISADES COLLECTION, LLC, GARY STERN, PALISADES COLLECTION JOHN/JANE DOES 1-20, PRESSLER & PRESSLER, LLP, RICHARD A. FRANKLIN, RALPH GULKO, MITCHELL E. ZIPKIN, and PRESSLER JOHN/JANE DOES 1-20,<br><br>       Defendants. | 13 Civ. 02935 (RPP)(JLC)<br><br>**STIPULATION OF DISMISSAL** |

  Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Named Plaintiffs Betty Bernhart, Fausto Brito, Charles Roberts, and Jorge Viruet, and Defendants Asta Funding, Inc., Palisades Collection, LLC, Pressler & Pressler, LLP, Gary Stern, Richard A. Franklin, Ralph Gulko, and Mitchell E. Zipkin, by and through their respective attorneys of record, stipulate to dismissal of the above-captioned lawsuit with prejudice, and to the withdrawal of the claims of the unnamed, putative class members without prejudice. The parties, respectively, will bear their own costs and attorneys' fees.

21781021v2

Dated: New York, New York
       March 10, 2014

NEW YORK LEGAL ASSISTANCE GROUP
YISROEL SCHULMAN, ESQ.

By: /s/

Jane Greengold Stevens
Danielle F. Tarantolo
7 Hanover Square
New York, NY 10004
Tel: (212) 613-5000
Fax: (212) 750-0820

HUGHES HUBBARD & REED, LLP

By: _____

Diane E. Lifton
Shannon F. Green
Meaghan C. Gragg
One Battery Park Plaza
New York, New York 10004
Tel: (212) 837-6000
Fax: (212) 422-4726

*Attorneys for Plaintiffs Betty Bernhart, Fausto Brito, Charles Roberts, and Jorge Viruet*

TROUTMAN SANDERS, LLP

By: _____

Joshua A. Berman
Karen F. Lederer
Eric L. Unis
Kevin P. Wallace
405 Lexington Avenue
New York, NY 10174
Tel: (212) 704-6000
Fax: (212) 704-6288

*Attorneys for Defendants Asta Funding, Inc., Palisades Collection, LLC, and Gary Stern*

DAVIDSON FINK, LLP

By: _____

Glenn M. Fjermedal
Curtis A. Johnson
28 East Main Street
Rochester, NY 14614
Tel: (585) 546-6448
Fax: (585) 546-8125

PRESSLER & PRESSLER, LLP

By: _____

Mitchell L. Williamson
7 Entin Road
Parsippany, NJ 07054
Tel: (973) 753-5100
Fax: (973) 753-5353

*Attorneys for Defendants Pressler & Pressler, LLP, Richard A. Franklin, Ralph Gulko, and Mitchell E. Zipkin*

IT IS SO ORDERED.

Dated: New York, New York.
March ___, 2014

_____
Hon. Robert P. Patterson, Jr.
U.S.D.J.

21781021v2

Dated: New York, New York
_____ , 2014

| | |
|---|---|
| NEW YORK LEGAL ASSISTANCE GROUP<br>YISROEL SCHULMAN, ESQ.<br><br>By: _____<br><br>Jane Greengold Stevens<br>Danielle F. Tarantolo<br>7 Hanover Square<br>New York, NY 10004<br>Tel: (212) 613-5000<br>Fax: (212) 750-0820<br><br>HUGHES HUBBARD & REED, LLP<br><br>By: *[signature]*<br><br>Diane E. Lifton<br>Shannon F. Green<br>Meaghan C. Gragg<br>One Battery Park Plaza<br>New York, New York 10004<br>Tel: (212) 837-6000<br>Fax: (212) 422-4726<br><br>*Attorneys for Plaintiffs Betty Bernhart, Fausto Brito, Charles Roberts, and Jorge Viruet* | TROUTMAN SANDERS, LLP<br><br>By: _____<br><br>Joshua A. Berman<br>Karen F. Lederer<br>Eric L. Unis<br>Kevin P. Wallace<br>405 Lexington Avenue<br>New York, NY 10174<br>Tel: (212) 704-6000<br>Fax: (212) 704-6288<br><br>*Attorneys for Defendants Asta Funding, Inc., Palisades Collection, LLC, and Gary Stern*<br><br>DAVIDSON FINK, LLP<br><br>By: _____<br><br>Glenn M. Fjermedal<br>Curtis A. Johnson<br>28 East Main Street<br>Rochester, NY 14614<br>Tel: (585) 546-6448<br>Fax: (585) 546-8125<br><br>PRESSLER & PRESSLER, LLP<br><br>By: _____<br><br>Mitchell L. Williamson<br>7 Entin Road<br>Parsippany, NJ 07054<br>Tel: (973) 753-5100<br>Fax: (973) 753-5353<br><br>*Attorneys for Defendants Pressler & Pressler, LLP, Richard A. Franklin, Ralph Gulko, and Mitchell E. Zipkin* |

IT IS SO ORDERED.

Dated: New York, New York.
March \_\_, 2014

_____
Hon. Robert P. Patterson, Jr.
U.S.D.J.

21781021v2

Dated: New York, New York
March 10, 2014

NEW YORK LEGAL ASSISTANCE GROUP
YISROEL SCHULMAN, ESQ.

By: _____

Jane Greengold Stevens
Danielle F. Tarantolo
7 Hanover Square
New York, NY 10004
Tel: (212) 613-5000
Fax: (212) 750-0820

HUGHES HUBBARD & REED, LLP

By: _____

Diane E. Lifton
Shannon F. Green
Meaghan C. Gragg
One Battery Park Plaza
New York, New York 10004
Tel: (212) 837-6000
Fax: (212) 422-4726

*Attorneys for Plaintiffs Betty Bernhart, Fausto Brito, Charles Roberts, and Jorge Viruet*

Dated: New York, NY
March 12, 2014

TROUTMAN SANDERS, LLP

By: _____

Joshua A. Berman
Karen F. Lederer
Eric L. Unis
Kevin P. Wallace
405 Lexington Avenue
New York, NY 10174
Tel: (212) 704-6000
Fax: (212) 704-6288

*Attorneys for Defendants Asta Funding, Inc., Palisades Collection, LLC, and Gary Stern*

DAVIDSON FINK, LLP

By: _____

Glenn M. Fjermedal
Curtis A. Johnson
28 East Main Street
Rochester, NY 14614
Tel: (585) 546-6448
Fax: (585) 546-8125

PRESSLER & PRESSLER, LLP

By: _____

Mitchell L. Williamson
7 Entin Road
Parsippany, NJ 07054
Tel: (973) 753-5100
Fax: (973) 753-5353

*Attorneys for Defendants Pressler & Pressler, LLP, Richard A. Franklin, Ralph Gulko, and Mitchell E. Zipkin*

IT IS SO ORDERED.

Dated: New York, New York.
March __, 2014

_____
Hon. Robert P. Patterson, Jr.
U.S.D.J.

21781021v2

Dated: New York, New York
       March 11, 2014

| | |
|---|---|
| NEW YORK LEGAL ASSISTANCE GROUP<br>YISROEL SCHULMAN, ESQ.<br><br>By: _____<br><br>Jane Greengold Stevens<br>Danielle F. Tarantolo<br>7 Hanover Square<br>New York, NY 10004<br>Tel: (212) 613-5000<br>Fax: (212) 750-0820<br><br>HUGHES HUBBARD & REED, LLP<br><br>By: _____<br><br>Diane E. Lifton<br>Shannon F. Green<br>Meaghan C. Gragg<br>One Battery Park Plaza<br>New York, New York 10004<br>Tel: (212) 837-6000<br>Fax: (212) 422-4726<br><br>*Attorneys for Plaintiffs Betty Bernhart, Fausto Brito, Charles Roberts, and Jorge Viruet* | TROUTMAN SANDERS, LLP<br><br>By: _____<br><br>Joshua A. Berman<br>Karen F. Lederer<br>Eric L. Unis<br>Kevin P. Wallace<br>405 Lexington Avenue<br>New York, NY 10174<br>Tel: (212) 704-6000<br>Fax: (212) 704-6288<br><br>*Attorneys for Defendants Asta Funding, Inc., Palisades Collection, LLC, and Gary Stern*<br><br>DAVIDSON FINK, LLP<br><br>By: /s/ Glenn M. Fjermedal<br><br>Glenn M. Fjermedal<br>Curtis A. Johnson<br>28 East Main Street<br>Rochester, NY 14614<br>Tel: (585) 546-6448<br>Fax: (585) 546-8125<br><br>PRESSLER & PRESSLER, LLP<br><br>By: /s/ Mitch Williamson<br><br>Mitchell L. Williamson<br>7 Entin Road<br>Parsippany, NJ 07054<br>Tel: (973) 753-5100<br>Fax: (973) 753-5353<br><br>*Attorneys for Defendants Pressler & Pressler, LLP, Richard A. Franklin, Ralph Gulko, and Mitchell E. Zipkin* |

IT IS SO ORDERED.

Dated: New York, New York.
March __, 2014

_____
Hon. Robert P. Patterson, Jr.
U.S.D.J.

21781021v2