UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____           │
│ DATE FILED: 3/24/14              │
└─────────────────────────────────┘
```

BETTY BERNHART, FAUSTO BRITO,
CHARLES ROBERTS, and JORGE VIRUET,
individually and on behalf of all persons similarly
situated,

                                    Plaintiffs,

            -against-

ASTA FUNDING, INC., ASTA JOHN/JANE
DOES 1-20, PALISADES COLLECTION, LLC,
GARY STERN, PALISADES COLLECTION
JOHN/JANE DOES 1-20, PRESSLER &
PRESSLER, LLP, RICHARD A. FRANKLIN,
RALPH GULKO, MITCHELL E. ZIPKIN, and
PRESSLER JOHN/JANE DOES 1-20,

                                    Defendants.

13 Civ. 02935 (RPP)(JLC)

**STIPULATION OF
DISMISSAL**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Named Plaintiffs Betty Bernhart, Fausto Brito, Charles Roberts, and Jorge Viruet, and Defendants Asta Funding, Inc., Palisades Collection, LLC, Pressler & Pressler, LLP, Gary Stern, Richard A. Franklin, Ralph Gulko, and Mitchell E. Zipkin, by and through their respective attorneys of record, stipulate to dismissal of the above-captioned lawsuit with prejudice, and to the withdrawal of the claims of the unnamed, putative class members without prejudice. The parties, respectively, will bear their own costs and attorneys' fees.

21781021v2

Dated: New York, New York
        March 10 , 2014

NEW YORK LEGAL ASSISTANCE GROUP
YISROEL SCHULMAN, ESQ.

By: _____

Jane Greengold Stevens
Danielle F. Tarantolo
7 Hanover Square
New York, NY 10004
Tel: (212) 613-5000
Fax: (212) 750-0820

HUGHES HUBBARD & REED, LLP

By: _____

Diane E. Lifton
Shannon F. Green
Meaghan C. Gragg
One Battery Park Plaza
New York, New York 10004
Tel: (212) 837-6000
Fax: (212) 422-4726

*Attorneys for Plaintiffs Betty Bernhart, Fausto
Brito, Charles Roberts, and Jorge Viruet*


TROUTMAN SANDERS, LLP

By: _____

Joshua A. Berman
Karen F. Lederer
Eric L. Unis
Kevin P. Wallace
405 Lexington Avenue
New York, NY 10174
Tel: (212) 704-6000
Fax: (212) 704-6288

*Attorneys for Defendants Asta Funding, Inc.,
Palisades Collection, LLC, and Gary Stern*

DAVIDSON FINK, LLP

By: _____

Glenn M. Fjermedal
Curtis A. Johnson
28 East Main Street
Rochester, NY 14614
Tel: (585) 546-6448
Fax: (585) 546-8125

PRESSLER & PRESSLER, LLP

By: _____

Mitchell L. Williamson
7 Entin Road
Parsippany, NJ 07054
Tel: (973) 753-5100
Fax: (973) 753-5353

*Attorneys for Defendants Pressler &
Pressler, LLP, Richard A. Franklin, Ralph
Gulko, and Mitchell E. Zipkin*


IT IS SO ORDERED.

Dated: New York, New York.
March ___, 2014

_____
Hon. Robert P. Patterson, Jr.
U.S.D.J.

2178102lv2

Case 1:13-cv-02935-RPP   Document 72   Filed 03/20/14   Page 3 of 5

Dated: New York, New York
              , 2014

<table>
<tr><td>

NEW YORK LEGAL ASSISTANCE GROUP
YISROEL SCHULMAN, ESQ.


By: _____


Jane Greengold Stevens
Danielle F. Tarantolo
7 Hanover Square
New York, NY 10004
Tel: (212) 613-5000
Fax: (212) 750-0820


HUGHES HUBBARD & REED, LLP

By: _____

Diane E. Lifton
Shannon F. Green
Meaghan C. Gragg
One Battery Park Plaza
New York, New York 10004
Tel: (212) 837-6000
Fax: (212) 422-4726


*Attorneys for Plaintiffs Betty Bernhart, Fausto*
*Brito, Charles Roberts, and Jorge Viruet*

</td><td>

TROUTMAN SANDERS, LLP


By: _____


Joshua A. Berman
Karen F. Lederer
Eric L. Unis
Kevin P. Wallace
405 Lexington Avenue
New York, NY 10174
Tel: (212) 704-6000
Fax: (212) 704-6288


*Attorneys for Defendants Asta Funding, Inc.,*
*Palisades Collection, LLC, and Gary Stern*


DAVIDSON FINK, LLP


By: _____


Glenn M. Fjermedal
Curtis A. Johnson
28 East Main Street
Rochester, NY 14614
Tel: (585) 546-6448
Fax: (585) 546-8125


PRESSLER & PRESSLER, LLP


By: _____


Mitchell L. Williamson
7 Entin Road
Parsippany, NJ 07054
Tel: (973) 753-5100
Fax: (973) 753-5353


*Attorneys for Defendants Pressler &*
*Pressler, LLP, Richard A. Franklin, Ralph*
*Gulko, and Mitchell E. Zipkin*

</td></tr>
</table>

IT IS SO ORDERED.

Dated: New York, New York.
March __, 2014

 

                                 _____

                                   Hon. Robert P. Patterson, Jr.

                                   U.S.D.J.

21781021v2

Dated: New York, New York
~~March 10~~, 2014

Dated: New York, NY
March 12, 2014

NEW YORK LEGAL ASSISTANCE GROUP
YISROEL SCHULMAN, ESQ.

By: _____

Jane Greengold Stevens
Danielle F. Tarantolo
7 Hanover Square
New York, NY 10004
Tel: (212) 613-5000
Fax: (212) 750-0820

HUGHES HUBBARD & REED, LLP

By: _____

Diane E. Lifton
Shannon F. Green
Meaghan C. Gragg
One Battery Park Plaza
New York, New York 10004
Tel: (212) 837-6000
Fax: (212) 422-4726

*Attorneys for Plaintiffs Betty Bernhart, Fausto Brito, Charles Roberts, and Jorge Viruet*

TROUTMAN SANDERS, LLP

By: _____

Joshua A. Berman
Karen F. Lederer
Eric L. Unis
Kevin P. Wallace
405 Lexington Avenue
New York, NY 10174
Tel: (212) 704-6000
Fax: (212) 704-6288

*Attorneys for Defendants Asta Funding, Inc., Palisades Collection, LLC, and Gary Stern*

DAVIDSON FINK, LLP

By: _____

Glenn M. Fjermedal
Curtis A. Johnson
28 East Main Street
Rochester, NY 14614
Tel: (585) 546-6448
Fax: (585) 546-8125

PRESSLER & PRESSLER, LLP

By: _____

Mitchell L. Williamson
7 Entin Road
Parsippany, NJ 07054
Tel: (973) 753-5100
Fax: (973) 753-5353

*Attorneys for Defendants Pressler & Pressler, LLP, Richard A. Franklin, Ralph Gulko, and Mitchell E. Zipkin*

IT IS SO ORDERED.

Dated: New York, New York.
March __, 2014

_____
Hon. Robert P. Patterson, Jr.
U.S.D.J.

2178102lv2

Dated: New York, New York
    March 11 , 2014

NEW YORK LEGAL ASSISTANCE GROUP
YISROEL SCHULMAN, ESQ.

By: _____

Jane Greengold Stevens
Danielle F. Tarantolo
7 Hanover Square
New York, NY 10004
Tel: (212) 613-5000
Fax: (212) 750-0820

HUGHES HUBBARD & REED, LLP

By: _____

Diane E. Lifton
Shannon F. Green
Meaghan C. Gragg
One Battery Park Plaza
New York, New York 10004
Tel: (212) 837-6000
Fax: (212) 422-4726

*Attorneys for Plaintiffs Betty Bernhart, Fausto Brito, Charles Roberts, and Jorge Viruet*

TROUTMAN SANDERS, LLP

By: _____

Joshua A. Berman
Karen F. Lederer
Eric L. Unis
Kevin P. Wallace
405 Lexington Avenue
New York, NY 10174
Tel: (212) 704-6000
Fax: (212) 704-6288

*Attorneys for Defendants Asta Funding, Inc., Palisades Collection, LLC, and Gary Stern*

DAVIDSON FINK, LLP

By: _____

Glenn M. Fjermedal
Curtis A. Johnson
28 East Main Street
Rochester, NY 14614
Tel: (585) 546-6448
Fax: (585) 546-8125

PRESSLER & PRESSLER, LLP

By: _____

Mitchell L. Williamson
7 Entin Road
Parsippany, NJ 07054
Tel: (973) 753-5100
Fax: (973) 753-5353

*Attorneys for Defendants Pressler & Pressler, LLP, Richard A. Franklin, Ralph Gulko, and Mitchell E. Zipkin*

IT IS SO ORDERED.

Dated: New York, New York.
March 21, 2014

_____
Hon. Robert P. Patterson, Jr.
U.S.D.J.

21781021v2